```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,        )
                                 )    Civil Action
          Plaintiff              )    No. 12-cv-07076
                                 )
     vs.                         )
                                 )
ROBERT J. HALDEMAN, SR. and      )
AMANDA M. HALDEMAN,              )
                                 )
          Defendants             )
```

O R D E R

NOW, this 17th day of October, 2016, upon consideration of the Application for Distribution of Proceeds, which application was filed by plaintiff on May 14, 2014, together with a Schedule of Distribution; upon consideration of the U.S. Marshals Sale of Real Property filed January 17, 2014; it appearing that the property described in the Order of the undersigned dated September 4, 2013 and filed September 5, 2013 granting default judgment in rem (137 Hook Street, Birdsboro, Berks County, Pennsylvania) was sold by public auction on January 8, 2014; it further appearing that the property was sold to George Hawthorne for a bid of $36,500.00; it further appearing that no objections to the sale were made within the 30-day period in which to do so; it further appearing that the Order of the undersigned dated April 17, 2014 and filed April 18, 2014 confirmed the sale of the property; it further appearing that this matter is now ripe for distribution of the

proceeds of the sale; it further appearing that defendant has been served with the within application,

IT IS ORDERED that plaintiff's Application for Distribution of Proceeds is granted.

IT IS FURTHER ORDERED that the Schedule of Distribution filed together with the within application is approved.

IT IS FURTHER ORDERED that the Clerk of Court shall enter the Schedule of Distribution on the docket of this matter and forward a copy of the within Order and the Schedule of Distribution to the United States Marshal for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that the United States Marshal shall distribute the proceeds of the sale of the property in accordance with the Schedule of Distribution.

IT IS FURTHER ORDERED that jurisdiction is retained for such Orders as may be necessary.

                                          BY THE COURT:

                                          /s/ JAMES KNOLL GARDNER
                                          James Knoll Gardner
                                          United States District Judge