<div style="text-align:center">

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

</div>

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 12-cv-07076 |
| vs. | |
| ROBERT J. HALDEMAN SR.<br>AMANDA M. HALDEMAN | |
| Defendants | |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser.............................. $36,500.00

Amount of cash received............................................................$36,500.00

**TO BE DISTRIBUTED AS FOLLOWS:**

US MARSHAL COSTS:

   Mileage and Fees........................................................................$8.32


DEPARTMENT OF JUSTICE COSTS:
   (To be forwarded to: U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

  Advertising Cost .....................................................................$2,085.00

TOTAL COSTS TO U.S. GOVERNMENT ................................$2,093.32

Proceeds of sale, less costs, to Farmer's Home Admin ................$34,406.68
    (to be forwarded to US Attorney's office)

<div style="margin-left: 50%">

Respectfully submitted,

KML Law Group, P.C.

By: *[signature]*
Thomas I. Puleo, Esquire
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6309

</div>